AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES, individually and on behalf of all others similarly situated | ) ) ) ) ) |
| _Plaintiff(s)_ | ) ) ) |
| v. | ) ) ) |
| ALIGN TECHNOLOGY, INC. | ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 1 9 - 5 0 6

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_       ALIGN TECHNOLOGY, INC.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey S. Goddess, Esquire / Jessica Zeldin, Esquire /
P. Bradford deLeeuw, Esquire
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
Wilmington, DE  19899-1070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  MAR 1 4 2019

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* Sean O'Hara, CTC , who is
designated by law to accept service of process on behalf of *(name of organization)* Align Technology,
Inc. as registered agent on *(date)* 3·15·19 ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3·15·19 _____

_____
Server's signature

Danielle Johnson
Printed name and title

DLS  Wilmington Delaware
Server's address

Additional information regarding attempted service, etc: