# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC. <br><br> Defendant. | Civil Action No. 1:19-cv-506-LPS-JLH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Simon and Simon, PC d/b/a City Smiles, by and through its undersigned counsel, on its own behalf and on behalf of others similarly situated, hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff states as follows:

1. This action was filed in this Court on March 14, 2019 (D.I. 1).

2. Defendant has not served an answer or motion for summary judgment.

3. No motion for class certification has been filed in this action, and therefore court approval of the dismissal and notice to the potential class are not required. Fed. R. Civ. P. 23(e).

4. Defendant's iTero Element Purchase Agreement states that "venue for all disputes shall be in Santa Clara County, California." (D.I. 6, Ex. 2, at 7).

5. Defendant argued in its Opening Brief in Support of its Motion to Dismiss or in the Alternative Transfer that Santa Clara County, California was the appropriate forum for this action. (D.I. 6, at 18-20).

6. Santa Clara County, California is in the Northern District of California.[1]

7. Magistrate Judge Hall declined to address the issue of whether transfer to the Northern District of California would be appropriate. (D.I. 17, p. 18 fn. 6, and D.I. 30, p. 21 fn. 8).

8. Plaintiff voluntarily dismisses this action without prejudice and will file an amended complaint in a venue not subject to dismissal or transfer pursuant to the contractual choice-of-venue provision.

| | |
|---|---|
| Dated: May 4, 2020 | ANDREWS & SPRINGER LLC |
| | /s/ Jessica Zeldin |
| OF COUNSEL: | Jessica Zeldin (Del. Bar. No. 3558) |
| | 3801 Kennett Pike |
| John Radice | Building C, Suite 305 |
| Daniel Rubenstein | Wilmington, DE 19807 |
| RADICE LAW FIRM, P.C. | (302) 504-4957 |
| 475 Wall Street | jzeldin@andrewsspringer.com |
| Princeton, NJ 08540 | |
| (646) 245-8502 | *Counsel for Plaintiff Simon and Simon, PC d/b/a City Smiles and the Proposed Class* |
| Eric L. Cramer | |
| BERGER MONTAGUE PC | |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| (215) 875-4604 | |
| | |
| Daniel J. Walker | |
| BERGER MONTAGUE PC | |
| 2001 Pennsylvania Avenue, NW, Suite 300 | |
| Washington, DC 20006 | |
| (202) 559-9745 | |

---

[1] *Jurisdiction Map*, NORTHERN DISTRICT OF CALIFORNIA, https://www.cand.uscourts.gov/about/jurisdiction-map/ (last visited May 1, 2020).